# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL GARCIA,<br><br>        Plaintiff,<br><br>        v.<br><br>CAROLY W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:14-cv-01744- JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 14) |

On March 30, 2015, the parties stipulated for Defendant to have an extension of time to prepare and file the Administrative Record. (Doc. 14.) The Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 6 at 4), and this is the first extension requested. Thus, an extension of thirty days is appropriate. Accordingly, **IT IS HEREBY ORDERED**:

1. The extension of time (Doc. 14) is **GRANTED**;
2. Defendant **SHALL** file the Administrative Record on or before **May 4, 2015**.

IT IS SO ORDERED.

Dated:   **March 31, 2015**             **/s/ Jennifer L. Thurston**
                                                 UNITED STATES MAGISTRATE JUDGE