1
2
3
4
5
6
7

8                           **UNITED STATES DISTRICT COURT**

9                           **EASTERN DISTRICT OF CALIFORNIA**

10

11  MANUEL GARCIA,                            )  Case No.: 1:14-cv-01744 - JLT
                                              )
12            Plaintiff,                      )  ORDER GRANTING IN PART PLAINTIFF'S
                                              )  REQUEST FOR AN EXTENSION OF TIME
13       v.                                   )
                                              )  (Doc. 16)
14  CAROLYN COLVIN,                           )
    Acting Commissioner of Social Security,   )
15                                            )
              Defendant.                      )
16

17       On August 28, 2015, the parties stipulated for an extension of the briefing schedule, requesting

18  that the Court grant an extension of forty-five days for Plaintiff to file an opening brief.  (Doc. 21)  The

19  Scheduling Order permits a single extension of thirty days by stipulation (Doc. 6 at 4), which was used

20  by Defendant to file a certified administrative record.  (Docs. 13, 14)  In addition, Defendant sought a

21  second extension of time to respond to Plaintiff's confidential letter brief.  (Docs. 18-19)

22       Significantly, a scheduling order "is not a frivolous piece of paper, idly entered, which can be

23  cavalierly disregarded without peril." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 610 (9th

24  Cir. 1992).  The deadlines are considered "firm, real and are to be taken seriously by parties and their

25  counsel." *Shore v. Brown*, 74 Fed. R. Serv. 3d (Callaghan) 1260, 2009 U.S. Dist. LEXIS 94828 at *7

26  (E.D. Cal. Oct. 9, 2009).

27       Here, Plaintiff reports that "Plaintiff's counsel will be on vacation [from] August 29 through

28  September 13, 2015, and Defendant has planned leave thereafter."  (Doc. 21 at 2)  Therefore, Plaintiff

1

1   requests that the Court extend the filing deadline "from September 8, 2015 to October 23, 2015 for

2   Plaintiff to file an Opening Brief, with all other dates in the Court's Order extended accordingly." (Id.

3   at 1)  However, there is no explanation as to why *Plaintiff* needs until October 23, 2015 to file an

4   opening brief, when his attorney will return from vacation on September 13, 2015.  Presumably, the

5   remainder of the extension is for Defendant's counsel, who fails to provide any information regarding

6   the duration of her leave and who has received two prior extensions of time in this action.  Therefore,

7   the Court finds Plaintiffs have not demonstrated good cause for the extension requested.

8            Accordingly, **IT IS HEREBY ORDERED**:

9            1.       Plaintiff's request for an extension of time is **GRANTED in part**; and

10           2.       Plaintiff **SHALL** file his opening brief no later than **October 9, 2015**.

11

12  IT IS SO ORDERED.

13       Dated:    **September 2, 2015**              **/s/ Jennifer L. Thurston**

14                                               UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28