UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL GARCIA,<br><br>            Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No.: 1:14-cv-01744 - JLT<br><br>ORDER AWARDING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

On November 29, 2016, the parties stipulated for the Court to award attorney's fees and costs to the plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 2412(d) and 1920.  (Doc. 28) Accordingly, subject to the terms of the parties' stipulation, the Court **ORDERS** fees and costs in the total amount of $3,614.00 are **AWARDED** to Manuel Garcia.

IT IS SO ORDERED.

Dated:   **December 1, 2016**          **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE

1